# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER TRUEHEART,<br><br>    Plaintiff,<br><br>    v.<br><br>JUDGE BRIAN ARAX,<br><br>    Defendant. | Case No. 1:23-cv-01710-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE, REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE<br><br>(ECF No. 2)<br><br>**DEADLINE: THIRTY DAYS** |

Amber Trueheart, proceeding *pro se*, filed a complaint in this action on December 12, 2023. (ECF No. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) However, Plaintiff's application to proceed *in forma pauperis* is incomplete. Specifically, Plaintiff failed to provide any response to question number 3 regarding additional income over the past twelve months. (Id.) Plaintiff must submit a complete application if she wishes for her application to proceed *in forma pauperis* to be considered by the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is DENIED without prejudice;

1

2. The Clerk of the Court is directed to forward an *in forma pauperis* application (Short Form) to Plaintiff;

3. **Within thirty (30) days** of issuance of this order, Plaintiff shall either (1) pay the $402.00 filing fee for this action, or (2) file a short form application to proceed *in forma pauperis* without prepayment of the fee; and

4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:  **December 14, 2023**

UNITED STATES MAGISTRATE JUDGE