# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER TRUEHEART,<br><br>       Plaintiff,<br><br>   v.<br><br>JUDGE BRIAN ARAX,<br><br>       Defendant. | Case No. 1:23-cv-01710-NODJ-SAB<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF Nos. 5, 6, 7) |

Plaintiff Amber Trueheart ("Plaintiff"), proceeding pro se, initiated this civil action on December 12, 2023.  (ECF No. 1.)  Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 2.) The Court reviewed Plaintiff's application to proceed *in forma pauperis* and found that it provided insufficient information.  (ECF No. 3.)  On December 14, 2023, Plaintiff was ordered to file a complete short form application to proceed without prepayment of fees within thirty days but failed to do so before the deadline.  (<u>Id.</u> at 3.)  Because more than thirty (30) days passed, on January 19, 2024, the Court issued findings and recommendations recommending this action be dismissed for failure to comply with a court order, failure to prosecute, and failure to pay a filing fee.  (ECF No. 5.)  The Court noted objections to the findings and recommendations were due within fourteen days.  (<u>Id.</u> at 3-4.)

On January 31, 2024, Plaintiff filed objections to the findings and recommendations. (ECF No. 6.)  Plaintiff requests "prayer to dismiss the findings and recommendations that the court has previously served" and asks "forgiveness for the late filing as we are proceeding in timely manner as to when it was received."  (Id. at 1.)  Without further objections directed at the Court's findings and recommendations (ECF No. 5), Plaintiff then engages in a substantive argument about the merits of the case, which this Court does not consider.

However, Plaintiff concurrently filed a complete motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (ECF No. 7), as requested in the Court's December 14, 2024 order (ECF No. 3).  The Court finds Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, IT IS HEREBY ORDERED THAT:

1.  The findings and recommendations filed January 19, 2024 (ECF No. 5), are VACATED;

2.  Plaintiff's application to proceed in forma pauperis (ECF No. 7) is GRANTED; and

3.  Service shall not be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

Dated:   **February 2, 2024**

UNITED STATES MAGISTRATE JUDGE