UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER TRUEHEART,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUDGE BRIAN ARAX,<br><br>　　　　　Defendant. | Case No. 1:23-cv-01710-KES-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL AND DISMISSING ACTION<br><br>(Docs. 1, 9) |

　　　　Plaintiff Amber Trueheart, proceeding pro se and in forma pauperis, filed this action on December 12, 2023.  Doc. 1.  The assigned magistrate judge entered findings and recommendations, recommending that plaintiff's complaint be dismissed sua sponte without leave to amend as the court lacks subject matter jurisdiction and plaintiff's claims are barred by the doctrines of abstention and judicial immunity.  Doc. 9.

　　　　The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days after service.  *Id.* at 7.  The court advised plaintiff that the "failure to file objections within the specified time may result in the waiver of rights on appeal."  *Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).  Plaintiff did not file objections and the time to do so has passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of this case.  Having carefully reviewed the file, the court concludes that the

1

findings and recommendations are supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued on February 26, 2024, Doc. 9, are ADOPTED IN FULL;

2. This action is DISMISSED with prejudice; and

3. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:   July 26, 2024

UNITED STATES DISTRICT JUDGE

2